# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Calvin Brooks,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                         3:11-cv-50

FNU Donahue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2012 Order.

Signed: March 29, 2012

Frank G. Johns, Clerk
United States District Court